**Motion to Stay Denied; Petition for Writ of Mandamus Denied and Opinion filed March 15, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00193-CV

---

### IN RE CITY OF HOUSTON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-10130**

---

## MEMORANDUM OPINION

On Thursday, March 14, 2024, relator City of Houston filed a petition for a writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Kristen Brauchle Hawkins, presiding judge of the 11th District Court of Harris County to observe an automatic stay it says was triggered when it filed a notice of

interlocutory appeal under Civil Practice and Remedies Code section 51.014(a)(8). *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 51.014(a)(8); .014(b).

In addition, on Thursday March 14, 2024, relator asked this court to require Judge Hawkins to stay all proceedings until this original proceeding and related interlocutory appeal were resolved.

The trial court has not ruled on the plea to jurisdiction. Thus, the notice of interlocutory appeal is premature, and the automatic stay is not in effect. The petition for a writ of mandamus and the motion to stay are denied.

PER CURIAM

Panel consists of Justices Wise, Hassan, Spain.